IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : 3:17-CR-298 |
| | : (JUDGE MARIANI) |
| JOSE LUIS GONZALEZ, SR., | : |
| Defendant. | : |

## ORDER

The background of this Order is as follows:

On June 4, 2018, Defendant Jose Luis Gonzalez, Sr., filed 8 pretrial motions, requesting various relief including the disclosure of confidential informants, the Government's expert information, discovery pursuant to Federal Rule of Criminal Procedure 16, grand jury transcripts, information under Federal Rules of Evidence 404(b), 609, and 807, a bill of particulars, and a hearing to establish the existence of a conspiracy. (*See* Docs. 215-222).

Upon review of the docket, Defendant Gonzalez Sr.'s time for filing pre-trial motions expired on June 1, 2018 (Doc. 207). Despite the fact that the clear language of the Order which set the deadline for the filing of pre-trial extensions stated that "no further motions for an extension of time to file pre-trial motions will be granted" (*see id.*), Defendant's counsel seemingly believed June 1, 2018, to be a suggested, approximate, date, and three days

after the Court's deadline, filed the aforementioned 8 motions without acknowledgment or explanation for their tardiness.[1]

ACCORDINGLY, THIS 5TH DAY OF JUNE, 2018, IT IS HEREBY ORDERED THAT:

1. On or before **Friday, June 8, 2018**, Counsel for defendant Jose Luis Gonzalez, Sr., shall **SHOW CAUSE** why this Court should not deny Defendant's motions as untimely.

2. The time for the United States to file a response or brief in opposition to Defendant's motion will not begin to run until Defendant's counsel has filed his response to the show cause order and the Court has issued an Order addressing such response.

Robert D. Mariani
United States District Judge

---

[1] In light of the fact that Defendant's brief is, in essence, merely a copy/paste of co-defendant Joevany Gonzalez' brief (*compare* Doc. 223 with Doc. 139), a fact alone which troubles the Court, it is even more inexcusable that Defendant's counsel was unable to timely file his motions and accompanying brief given that, with the exception of a small number of non-substantive alterations, counsel did not actually write the submitted brief.