UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,
:
: Criminal No. 3:CR-17-298
v.
:
:(JUDGE MARIANI)
JOSE LUIS GONZALEZ, SR.,
:
:

## ORDER

**AND NOW, THIS** \_\_\_18th\_\_\_ **DAY OF JUNE 2019**, upon consideration of Defendant's pretrial motions (Docs. 215-222), the brief in support of the motions (Doc. 223), the Government's response thereto (Doc. 234), and all other relevant documents, for the reasons discussed in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. The Motion to Compel Disclosure of Confidential Informant (Doc. 215) is **DENIED**;

2. The Motion for Discovery Pursuant to Rule 16 (Doc. 216) is **DENIED WITHOUT PREJUDICE**;

3. The Motion for Pre-Trial Hearing to Determine Existence of Conspiracy (Doc. 217) is **DENIED**;

4. The Motion for Grand Jury Transcripts Pursuant to Rule 6(e)(3)(E)(i) (Doc. 218) is **DENIED WITHOUT PREJUDICE**;

5. The Motion for Disclosure and Limiting Instruction Pursuant to Rules of Evidence 404(b) and 609 (Doc. 219) is **DENIED WITHOUT PREJUDICE**;

6. The Motion for Disclosure Pursuant to Rule of Evidence 807 (Doc. 220) is **DENIED WITHOUT PREJUDICE**;

7. The Motion for Bill of Particulars (Doc. 221) is **DENIED**; and

8. The Motion for Expert Information Pursuant to Rule 16(a)(1)(G) of the Rules of Criminal Procedure (Doc. 222) is **DENIED WITHOUT PREJUDICE**.

Robert D. Mariani
United States District Judge